# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Fabian Tobias Evans

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            3:06cv315-3-MU

Charles Speilman

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2006 Order.

August 3, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk